IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CARLA TURNER,

    Plaintiff,

v.                                         No. 1:13-cv-01162-JDB-cgc

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION, AFFIRMING DECISION OF
THE COMMISSIONER, AND DISMISSING CASE
_____

Before the Court is the appeal of the Plaintiff, Carla Turner, of the final decision of the Commissioner of Social Security (the "Commissioner") denying her application for a period of disability and/or insurance benefits. Pursuant to an order of reference dated February 3, 2017 (Docket Entry ("D.E.") 21), United States Magistrate Judge Charmiane G. Claxton, on September 15, 2017, entered a report and recommendation, recommending that the decision of the Commissioner be affirmed. (D.E. 22). As no objections to the magistrate judge's report and recommendation have been filed[1] and the time for such objections has expired, and upon review of the record, the report and recommendation is hereby ADOPTED, the decision of the Commissioner is AFFIRMED, and this matter is DISMISSED.

---

[1] Objections to the report and recommendation were initially due on September 29, 2017. On that date, Plaintiff's counsel moved for additional time in which to file objections. (D.E. 23.) An order was entered on October 2, 2017, granting the motion and extending the filing deadline to October 6, 2017. (D.E. 25.) According to the docket, however, no filings have been made since entry of the order.

IT IS SO ORDERED this 11th day of October 2017.

            <u>s/ J. DANIEL BREEN</u>
            UNITED STATES DISTRICT JUDGE